ACCEPTED
15-24-00091-cv
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 12:34 PM
CHRISTOPHER A. PRINE
CLERK

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/3/2025 12:34:12 PM
CHRISTOPHER A. PRINE
Clerk

*Institute for*
**Constitutional Advocacy and Protection**

GEORGETOWN LAW

**Via Electronic Filing**

Christopher A. Prine                                        February 3, 2025
Clerk of the Court
Fifteenth Court of Appeals
P.O. Box 12852
Austin, Texas 78711

Re: *In re Office of the Attorney General of the State of Texas*, No. 15-24-00091-CV.

Dear Mr. Prine:

　　Please be advised that undersigned counsel, William Powell, will present oral argument for Real Party in Interest Catholic Charities of the Rio Grande Valley in the above-captioned case.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　*/s/ William Powell*
　　　　　　　　　　　　　William Powell
　　　　　　　　　　　　　*Counsel for Real Party in Interest*

CC:　　All counsel of record (via electronic service provider)

600 New Jersey Avenue, NW, Washington, DC 20001-2095
PHONE 202-662-9042
reachICAP@georgetown.edu

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96905964
Filing Code Description: Letter
Filing Description: Confirmation of Oral Argument & Counsel Presenting Oral Argument
Status as of 2/3/2025 1:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Rob Farquharson | | rob.farquharson@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Joseph Mead | | jm3468@georgetown.edu | 2/3/2025 12:34:12 PM | SENT |
| Cecilia Paz | | cecilia.paz@co.hidalgo.tx.us | 2/3/2025 12:34:12 PM | SENT |
| William Powell | | whp25@georgetown.edu | 2/3/2025 12:34:12 PM | SENT |
| Levi T.Fuller | | levi.fuller@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Matthew T.Kennedy | | matt.kennedy@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Ben Gifford | | bg720@georgetown.edu | 2/3/2025 12:34:12 PM | SENT |
| David C.Garza | | dgarza@garzaandgarza.com | 2/3/2025 12:34:12 PM | SENT |
| Johnathan Stone | | johnathan.stone@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Emily Samuels | | emily.samuels@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |
| Melinda Pate | | melinda.pate@oag.texas.gov | 2/3/2025 12:34:12 PM | SENT |